```
LAWRENCE G. BROWN
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-08-00260 OWW |
| ) | |
| Plaintiff, ) | PROTECTIVE ORDER CONCERNING |
| ) | DIGITAL MEDIA CONTAINING CHILD |
| v. ) | PORNOGRAPHY |
| ) | |
| DIMITRIOS KASTIS, ) | |
| ) | The Honorable Oliver W. Wanger |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.   United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of the hard drive and any attendant storage media available for defense analysis.

2.   The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Richard P. Berman, Esq., and defendant's proposed expert, Josiah Roloff, to review at an ICE office in Fresno, California for the purpose of preparing for trial regarding the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is

necessary to prepare for defendant's defense.

3.  A private room will be provided for the defense examination. No Government agents will be permitted inside the room during the examination;

4.  The expert will be permitted to bring whatever equipment, books, or records he believes necessary to conduct the examination;

5.  Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the ICE office.

6.  With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.  The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the ICE premises.

7.  Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8.  When the defense indicates that it is finished with its

2

1 review of the copy of the hard drives, the drive(s) or other
2 storage devices shall be "wiped" clean and promptly returned to
3 defendant's proposed expert who originally provided the drive(s)
4 for the purpose of this examination.
5     9.   Any disputes regarding the above or problems implementing
6 this order shall be brought to the attention of the court through
7 representative counsel after first consulting opposing counsel.

```
1
2                    IN THE UNITED STATES DISTRICT COURT
3
4                   FOR THE EASTERN DISTRICT OF CALIFORNIA
5
6
7
8  UNITED STATES OF AMERICA,        )   CR-F-08-00260 OWW
9                                   )
10                 Plaintiff,        )
11                                   )
12      v.                           )
13                                   )
14 DIMITRIOS KASTIS,                 )
15                                   )
16                 Defendant.        )
17 _____   )
18
19
20
21
22
23                             CERTIFICATION
24
25
26 I, _____, certify under penalty of
27 perjury that I have not copied or removed any images of child
28 pornography or data capable of being converted into images of child
```

4

1 pornography during the course of my review of the evidence in this
2 case.
3
4
5
6
7
8 Date: _____          _____
9 IT IS SO ORDERED.
10 **Dated:   September 8, 2009**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28