HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DIMITRIOS KASTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00260 DAD-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) ) ) | STIPULATION TO UNSHACKLE DEFENDANT'S FEET FOR COURT APPEARANCES; ORDER |
| DIMITRIOS KASTIS, | ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney BRIAN W. ENOS, counsel for plaintiff, and Assistant Federal Defender JANET BATEMAN, counsel for defendant DIMITRIOS KASTIS, that the Defendant be allowed to be unshackled from his feet at any court appearances.

This request is being made as Defendant has circulation/heart problems following a stroke, and shackling his feet could be detrimental to his health.  The parties agree that Mr. Kastis' hands can be shackled instead, in accord with Mr. Kastis' in-court statements regarding this issue on April 7, 2016.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  April 8, 2016         */s/ Brian W. Enos*
                             BRIAN W. ENOS
                             Assistant United States Attorney
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: April 8, 2016          */s/ Janet Bateman*
                             JANET BATEMAN
                             Assistant Federal Defender
                             Attorney for Defendant
                             DIMITRIOS KASTIS

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 8, 2016**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE