UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMITRIOS KASTIS,<br><br>Defendant. | No. 1:08-cr-00260-DAD-BAM<br><br><br>ORDER DENYING REQUESTS TO FILE UNDER SEAL AND FOR APPEARANCE BEFORE THE DISTRICT JUDGE |

Defendant Dimitrios Kastis is proceeding pro se in this criminal action. (See Doc. No. 31.) On July 22, 2016, defendant Kastis filed with the court a document entitled "Letter to the District Judge Voicing Objection to the Synthetic Delays and the Defendant's Treatment in the United States Magistrate's Courtroom." (Doc. No. 43.) Therein, defendant Kastis voices a number of complaints regarding the actions of the assigned magistrate judge at status conferences which have been held in this action since April 25, 2016, and requests that future proceedings be conducted before the undersigned. (*Id*.) Finally, defendant Kastis requests that his letter be filed under seal because "it represents confidential communications between defenses (sic) counsel in *propria persona* and the court." (*Id*.)

First, plaintiff's letter to the court is not a confidential communication and defendant Kastis has provided no valid basis for that document to be filed under seal. Accordingly, the

/////

1

1 | court denies his request in that regard and directs the Clerk of the Court to file the document on
2 | the public docket.
3 |     Second, having reviewed the file in this action and the minutes of each of the status
4 | conferences held since April 25, 2016, the undersigned finds no basis upon which to grant
5 | defendant the relief he requests regarding future court appearances.  At the last status conference
6 | on July 25, 2016, the assigned magistrate judge set hearing dates with respect to both non-
7 | dispositive and dispositive motions in this action.  (Doc. No. 38.)  The latter motions are
8 | scheduled to be heard before the undersigned on October 11, 2016 at 10:00 a.m.  (*Id.*)
9 | Accordingly, the relief requested by defendant Kastis in his letter to the court (Doc. No. 43) is
10 | also denied.

IT IS SO ORDERED.

Dated: **July 27, 2016**                                     /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE