**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, DIMITRIOS KASTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-00260-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY MOTIONS SCHEDULE** |
| v. | |
| DIMITRIOS KASTIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Omnibus Motion Schedule currently in place for the above-captioned matter be extended.  The Defense seeks additional time to prepare a condensed version of the Motion.  The following schedule is submitted to the court for approval; Defense will file revised motions by December 12, 2016, the Government will file their Opposition by January 16, 2017, Defense will file their Reply by January 23, 2017.  The motion hearing will be held on February 6, 2017, at 1:30 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

///

Dated:  November 30, 2016            /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     DIMITRIOS KASTIS

Dated:  November 30, 2016            PHILLIP A. TALBERT
                                     Acting United States Attorney


                                     /s/ David L. Gappa
                                     DAVID L. GAPPA
                                     Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the motions schedule in this case.  Good cause appearing, defense revised motions are due by December 12, 2016; government's opposition is due by January 16, 2017; defense reply is due by January 23, 2017;  the omnibus motion hearing as to Dimitrios Kastis previously set for January 7, 2017, is continued to **February 13, 2017, at 1:30 p.m.** in Courtroom 5 before District Judge Dale A. Drozd.  The time period between January 7, 2017,  and February 13, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   **November 30, 2016**             _____
                                              UNITED STATES DISTRICT JUDGE