1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  7636 N. Ingram Avenue, Suite 104
   Fresno, CA  93711
3  Telephone:  (559) 449-9069
4  Facsimile:  (559) 513-8530

5

6  Attorney for Defendant,
   DIMITRIOS KASTIS
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:08-cr-00260-DAD-BAM |
12 | Plaintiff, | |
13 | v. | **REQUEST AND ORDER TO SEAL DOCUMENT No. 62** |
14 | DIMITRIOS KASTIS, | |
15 | Defendant. | |

16

17     Defendant, DIMITRIOS KASTIS, by and through his attorney Carol Ann Moses hereby

18 requests that the Omnibus Motion (Docket 62) that he filed on September 27, 2016, be filed under

19 seal.  This request is unopposed and supported by Assistant United States Attorney, David Gappa.

20     Local Rule 141(a) states that documents can be sealed only by written order of the United

21 States District Court.

22     On September 27, 2016, Defendant DIMITRIOS KASTIS, Pro Se, filed an Omnibus

23 Motion that included unredacted sensitive information.

24     It is hereby requested that this motion (Docket 62) be sealed to protect sensitive

25 information.

26 Dated:    December 15, 2016            /s/ Carol Ann Moses
                                          CAROL ANN MOSES
27                                        Attorney for Defendant
28                                        DIMITRIOS KASTIS

                                    1

**ORDER**

For reasons set forth above, the Defendant's request to have the Omnibus Motion (Doc. No 62) be filed Under Seal is granted.

IT IS SO ORDERED.

Dated: **December 16, 2016**

_____
UNITED STATES DISTRICT JUDGE