1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  7636N. Ingram Ave., #104
Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, DIMITRIOS KASTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-00260-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATIONAND ORDER TO EXCLUDE TIME** |
| v. | |
| DIMITRIOS KASTIS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, DIMITRIOS KASTIS, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, DAVID GAPPA, that the Franks Hearing is scheduled for May 22, 2017, at 1:30 P.M.

The parties further agree that the delay resulting in this scheduled hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. 3161(h)(1)(D).

///

///

///

///

///

///

1

| | |
|---|---|
| Dated:  March 30, 2017 | /s/ Carol Ann Moses<br>CAROL ANN MOSES<br>Attorney for Defendant,<br>DIMITRIOS KASTIS |
| Dated:  March 30, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |

## ORDER

The Court has reviewed and considered the stipulation of the parties to exclude time. Good cause appearing, the time period between December 15, 2016 and May 22, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D) (providing for the exclusion of time "through the prompt disposition" of such motions), 3161(h)(7)(A) and 3161(h)(7) (B)(i) and (iv), based on the pending pretrial motion and the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 30, 2017**

UNITED STATES DISTRICT JUDGE

2