UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMITRIOS KASTIS,<br><br>Defendant. | No. 1:08-cr-00260-DAD-BAM<br><br>ORDER FOR DISCLOSURE OF WITNESS PERSONNEL RECORDS AND PROTECTIVE |

On March 16, 2017, the court granted defendant's request for an evidentiary hearing under *Franks v. Delaware*, 438 U.S. 154 (1978) in connection with defendant's challenge to the veracity of statements made by the affiant in support of the application for a search warrant. *See United States v. Perkins*, 850 F.3d 1109, 1116 (9th Cir. 2017). That evidentiary hearing is scheduled for May 22, 2017 at 1:30 p.m. before the undersigned.

In preparation for that hearing, counsel for defendant sought and obtained a subpoena calling for production of the affiant officer's personnel file, seeking to obtain any impeachment material contained therein. The City of Clovis Police Department, by whom the affiant officer was and is employed, moved to quash the subpoena and in the alternative requested *in camera* review of the file and, if necessary, that a protective order be issued. (Doc. No. 92.) Counsel for defendant opposed the motion to quash. (Doc. No. 94.) The court denied the motion to quash and granted the alternative request for *in camera* review. (Doc. No. 95.)

1    On May 15, 2017, the personnel records of the affiant officer were delivered to the
2    undersigned's chambers for *in camera* review. On that same day the government filed a request to
3    seal documents (Doc. No. 96) and documents related to that request were filed under seal on May
4    16, 2017. (Doc. Nos. 97-100.) Thereafter, the undersigned reviewed both the affiant officer's
5    personnel file as well as the documents filed under seal by the government. Finally, on May 19,
6    2017 at 9:00 a.m. the court conducted an *in camera*, *ex parte* hearing attended only by the
7    Assistant U.S. Attorneys prosecuting this case. (Doc. No. 100.) The court has ordered the record
8    of that hearing to remain sealed.

9    As a result of its *in camera* review of the affiant officer's personnel file which was
10   produced pursuant to the defense Rule 17(c) subpoena and after hearing from the government's
11   counsel at the *ex parte*, sealed hearing, the court has determined that records relating to final
12   discipline imposed on May 8, 2012 following a Clovis Police Department Internal Affairs
13   investigation must be disclosed to the parties in this case for use as possible impeachment
14   material. *See United States v. Hussain*, Case No. 13-cr-00408-JST, 2015 WL 4638451, at *2-3
15   (N.D. Cal. Aug. 4, 2015). Because the records produced for *in camera* review were not Bates
16   stamped, the court will describe the records being ordered produced to the parties with respect to
17   the May 8, 2012 discipline as follows: all notices and documents issued by the City of Clovis in
18   connection with that Internal Affairs Investigation, the Internal Affairs narrative report, the first
19   two pages relating to "school information," and a one page phone usage breakdown. The court
20   will also maintain in chambers a copy of the records produced to counsel pursuant to this order
21   and will retain the entire personnel file pending the completion of the evidentiary hearing in this
22   action, in the event reconsideration of the scope of the disclosure ordered becomes warranted
23   during those proceedings.

24   Finally, the City of Clovis Police Department's motion for a protective order is granted.
25   The documents produced to the parties pursuant to this order shall be used by them only in
26   connection with the evidentiary hearing before this court on defendant's motion to quash/suppress
27   evidence, absent further order of the court. No copies of these records shall be made and they
28   shall be disclosed only to the parties and those working with counsel in connection with the

1 | pending motion to suppress and no one else.  If any aspect of the records produced are submitted
2 | in evidence in connection with the hearing on the motion, they will be submitted under seal.  It is
3 | anticipated that at the conclusion of the proceedings on the pending motion to suppress evidence
4 | the court will order that the parties return the records produced to them for destruction.
5 |      Copies of the records ordered disclosed pursuant to this order are now available and
6 | counsel are directed to contact the chambers of the undersigned to make arrangements to receive
7 | them.
8 | IT IS SO ORDERED.
9 | Dated:  **May 19, 2017**
10 | UNITED STATES DISTRICT JUDGE