1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636N. Ingram Ave., #104
Fresno, California  93720
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4

5 Attorney for Defendant, DIMITRIOS KASTIS

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  1:08-cr-00260-DAD-BAM |
| 12  Plaintiff, | |
| 13  v. | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| 14  DIMITRIO KASTIS, | |
| 15  Defendant. | |

16

17     **IT IS HEREBY STIPULATED** by and between the Defendant, DIMITRIOS KASTIS,

18 his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, DAVID

19 GAPPA, that the deadline for the supplemental briefing, responses and replies on the Motion to

20 Suppress and the Franks Hearing be extended from June 5, June 26, and July 1, 2017 to June 19,

21 July 10, and July 15, 2017.  The request is made to allow additional time to obtain documents by

22 subpoena and due to defense counsel's litigation schedule.

23     The parties agree that the delay resulting from the continuance shall be excluded in the

24 interests of justice, including but not limited to, the need for the period of time set forth herein for

25 further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

26 ///

27 ///

28 ///

1

| | |
|---|---|
| Dated: June 2, 2017 | /s/ Carol Ann Moses<br>CAROL ANN MOSES<br>Attorney for Defendant,<br>DIMITRIOS KASTIS |
| Dated: June 2, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the supplemental briefing schedule on the defendant's motion to suppress (Doc. No. 78) and Franks hearing in this case. Good cause appearing, the briefing schedule is extended as follows; defendant's supplemental briefing is due by June 19, 2017, government's response is due by July 10, 2017, and any reply is due by July 15, 2017. The matter will then be taken under submission and a written order will issue. Time shall be excluded through the court's ruling on the pending motion.

IT IS SO ORDERED.

Dated: **June 2, 2017**

_____
UNITED STATES DISTRICT JUDGE