McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00260-DAD-BAM |
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| v. | |
| DIMITRIOS KASTIS, | |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case.


Dated: September 7, 2018                                    McGREGOR W. SCOTT
                                                           United States Attorney


                                            By:   /s/ DAVID L. GAPPA
                                                  DAVID L. GAPPA
                                                  CHRISTOPHER D. BAKER
                                                  Assistant United States Attorneys

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:08-CR-00260-DAD-BAM |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS |
| | ) | INDICTMENT |
| DIMITRIOS KASTIS, | ) | |
| Defendant. | ) | |

ORDER


        The United States moved on September 7, 2017, for an order dismissing the indictment in the above-captioned action against the defendant.  The defendant shall be released from federal custody forthwith.  In light of this order, the status conference scheduled for Monday, September 10, 2018, is vacated.

IT IS SO ORDERED.

        Dated:   __**September 7, 2018**__                    _____

                                                    UNITED STATES DISTRICT JUDGE