UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMITRIOUS KASTIS,<br><br>Defendant. | No. 1:08-cr-00260-DAD-BAM<br><br>AMENDED ORDER GRANTING MOTION TO DISMISS INDICTMENT[1] |

On September 7, 2018, the United States moved for an order dismissing the indictment in the above-captioned action against the defendant. That motion is hereby granted. The defendant shall be released from federal custody forthwith. In light of this order, the status conference scheduled for Monday, September 10, 2018, is vacated. The Clerk of the Court is further directed to mail a copy of this amended order to the defendant at: 2834 E. Powers Ave., Fresno, CA 93720.

IT IS SO ORDERED.

Dated: **September 10, 2018**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The order on the motion to dismiss the indictment issued September 7, 2018 (Doc. No. 123) erroneously identified the date of the United States' motion to dismiss indictment as having been filed on September 7, 2017.

1